**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 10-22894-CIV-LENARD/WHITE

**EVERETT W. SOLCUM**,

       Movant,

vs.

**UNITED STATES OF AMERICA**,

       Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 10)**
**AND DENIED MOTION TO VACATE SENTENCE PURSUANT**
**TO 28 U.S.C. § 2255 (D.E. 1)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 10), issued on March 28, 2011. In his Report, Magistrate Judge White recommends that Movant Everett W. Solcum's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (D.E. 1), filed on August 10, 2010, is without merit and should be denied. Specifically, the Report finds that the Fair Sentencing Act ("FSA") of 2010, Pub.L. 111-124 Stat. 2372 (Aug. 3, 2010), upon which Movant bases his claim for relief, does not apply retroactively to a judgment of sentence made prior to its enactment. The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 10), issued on March 28, 2011, is **ADOPTED.**

2. Plaintiff's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (D.E. 1), filed on August 10, 2010, is **DENIED**.

3. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of May, 2011.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**